# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, William P | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>06/19/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>333 Lomas Blvd., NW, #640<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Conservator | Estate #1 |
| 2.   Board Member | Great Southwest Council, Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | NM State Employees Pension Fund; pension at age 64; no control |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 26 A 11: 26 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 06/19/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | State of New Mexico, retirement pension |
| 2. 2007 | Self employed, consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chaves County Bar Asssoc. | May 3-4, 2007 | Roswell, NM | Law Day Banquet Speaker | lodging, mileage reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 06/19/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | credit card | K |
| 2. | American Express | credit card | J |
| 3. | Ed Financial | Student loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 06/19/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct/Wells Fargo | | | | | | | | | |
| 2. --IBM com. stock | A | Dividend | | | sale | 2/07 | J | D | |
| 3. --GE com. stock | A | Dividend | | | sale | 1/07 | J | A | |
| 4. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 5. F&S Asset Management Group, Inc. (IRA custodian) | | | | | | | | | |
| 6. --Apache Corp. com stock | A | Dividend | J | T | | | | | |
| 7. --Bank of Amer. com stock | A | Dividend | J | T | | | | | |
| 8. --Chevron Corp. com stock | A | Dividend | J | T | | | | | |
| 9. --Coca Cola com stock | A | Dividend | J | T | | | | | |
| 10. --Ebay com stock | | None | J | T | | | | | |
| 11. --Exxon Mobile com stock | A | Dividend | K | T | | | | | |
| 12. --Ford Motor Co. com stock | A | Dividend | J | T | | | | | |
| 13. --Freeport McMoran Inc. com stock (acquired Phelps Dodge) | A | Dividend | J | T | acquisition | 3/07 | J | | |
| 14. --Phelps Dodge com. stock | A | Dividend | J | T | acquisition | 3/07 | J | | |
| 15. --General Electric com stock | A | Dividend | J | T | | | | | |
| 16. --Intel com stock | A | Dividend | J | T | | | | | |
| 17. --Microsoft com stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 06/19/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Peabody Ener. com. stock | A | Dividend | J | T | | | | | |
| 19.  --Patriot Coal Corp. com. stock (spin off from Peabody Ener) | A | Distribution | J | T | acquisition | 11/07 | J | | |
| 20.  --Pfizer Corp. com stock | A | Dividend | J | T | | | | | |
| 21.  --Proctor & Gamble c.stock | A | Dividend | J | T | | | | | |
| 22.  US Bancorp com stock | A | Dividend | J | T | buy | 5/07 | J | | |
| 23.  United Parcel Service com stock | A | Dividend | J | T | buy | 3/07 | J | | |
| 24.  --Touchstone Money Market Class S (TMSXX) | A | Dividend | K | T | | | | | |
| 25.  --Ishares MSCI E.M.I.F. (EEM) | A | Dividend | | | sell | 9/07 | J | A | |
| 26.  --IShares TR MSC EAFE Index Fd. (EFA) | A | Dividend | K | T | | | | | |
| 27.  --Streettracks Gold TR SHS (GLD) | A | Dividend | J | T | | | | | |
| 28.  --Proshares TR Ultra S&P 500 (SSO) | A | Dividend | J | T | buy | 3/07 | J | | |
| 29.  Custodial Account #1 | | | | | | | | | |
| 30.  --American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 31.  Custodial Account #2 | | | | | | | | | |
| 32.  --American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 33.  Custodial Account #3 | | | | | | | | | |
| 34.  Estate #1 (Conservatorship) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 06/19/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Bank of America (various accounts) | A | Interest | J | T | | | | | |
| 36. --Bank of America, certificates of deposit | F | Interest | L | T | buy | 9/07 | L | | |
| 37. --Rental Property #1 | B | Rent | N | W | | | | | |
| 38. --Rental Property #2 | B | Rent | M | W | | | | | |
| 39. --Rental Property #3 | | | | | sell | 7/07 | N | F | |
| 40. --Rental Property #4 | B | Rent | | | settlement | 11/07 | K | | |
| 41. --Real Estate Contract | B | Distribution | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I, Line 1: Court appointed Conservator for ███████████ No compensation.

Part VII. Investments and Trusts:

--Line 1: Brokerage account/Wells Fargo only has a small sum of cash, as all stocks in the account were sold during reporting period.

--Lines 13, 14: In March of 2007, Freeport-McMoRan Copper & Gold (FCX) acquired Phelps Dodge (PG) in an all cash and stock deal. Shares of FCX were based on number of shares of PG owned in March of 2007.

--Line 19: In November of 2007, Peabody Energy Corporation (BTU) spun off Patriot Coal corp (PCX). Existing shareholders of Peabody received shares of Patriot based on the number of shares of Peabody.

--Line 34: Conservatorship became effective 11/16/06 and continued through 2007. The assets of the Conservatorship are listed except for the Conservatee's personal residence which is not listed because it is a personal residence encumbered by a note and secured by a mortgage.

--Line 35: Bank of America accounts consist of two checking accounts. The first account is for the Conservatee where the monthly pension check is deposited and where the Conservatee's personal and household expenses are paid. The second account is the Conservatee's rental property account where rents are deposited and rental expenses are paid.

--Lines 37, 38, and 39: Rental properties are located in Albuquerque, Bernalillo County, New Mexico.

--Line 40: Rental property is located in Rio Rancho, Sandoval County, New Mexico.

--Lines 39 and 40: Convervatorship was established as a result of elderly exploitation. Litigation was initiated to recover assets of Conservatee. In 2007, a settlement was reached whereby the property identified in line 39 was sold and the net proceeds went to Conservatee which resulted in part in the addition of the certificates of deposit referenced in line 36. As part of the settlement, the rental property listed in line 40 was transferred or conveyed to ████████

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, William P | 06/19/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT M___ ___O CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544